

Exhibit 2



Exhibit 2